In the Matter of the Claim of DANIEL T. FRONCZAK, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted October 4, 2004; decided October 19, 2004

Motion to vacate this Court's August 9, 2004 dismissal order denied [*see* 3 NY3d 669].